IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**REV. RUSSELL J. YOUNG**,

    Plaintiff,

v.

**KIRSTIE ESTELLE NIEVES** and **MISTY A. ALLISON**,

    Defendants.

_____

**Civ. No. 6:14-cv-00584-MC**

**OPINION AND ORDER**

**MCSHANE, Judge**:

    Plaintiff, *pro se*, filed a complaint against defendants Nieves and Allison on April 4, 2014. Pl.'s Compl. 1–2, ECF No. 1. On November 13, 2014, this Court issued an order directing plaintiff to either "(1) file an application for leave to proceed in forma pauperis or (2) pay the filing fee by 12/1/14." Order, Nov. 13, 2014, ECF No. 6. Plaintiff has not taken additional action since that time. Accordingly, because plaintiff failed to comply with this Court's order, ECF No. 6, this action is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

    DATED this 9th day of January, 2015.

                      _____s/Michael J. McShane_____
                                **Michael J. McShane**
                                **United States District Judge**